482 A.2d 1274

David M. BARASCH, Acting Consumer Advocate of
Pennsylvania, Appellant,

v.

PENNSYLVANIA PUBLIC UTILITY
COMMISSION, Appellee,

Pennsylvania Gas and Water Company, Intervenor.

PENNSYLVANIA PUBLIC UTILITY
COMMISSION, Appellant,

v.

PENNSYLVANIA GAS AND WATER COMPANY, Appellee,

Walter W. Cohen, Consumer Advocate, Intervenor.

Supreme Court of Pennsylvania.

Argued Oct. 23, 1984.

Decided Nov. 5, 1984.

Daniel Clearfield, Asst. Consumer Advocate, Philip F. McClelland, Harrisburg, for appellee.

D. Mark Thomas, Charles E. Thomas, Harrisburg, for Pa. Water and Gas.

Charles Hoffman, Chief Counsel, Albert W. Johnson, Deputy Chief Counsel, Alphonso Arnold, Jr., John A. Levin, Frank B. Wilmarth, Asst. Counsels, Harrisburg, for P.U.C.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

The order of the Commonwealth Court, 72 Pa.Cmwlth 331, 452 A.2d 1126, entered on February 28, 1983 is reversed. The order of the Pennsylvania Public Utility Commission is reinstated. *Pennsylvania Public Utility Commission v. Pennsylvania Gas & Water Company*, 492 Pa. 326, 424 A.2d 1213 (1980), *cert. denied*, 454 U.S. 824, 102 S.Ct. 112, 70 L.Ed.2d 97 (1981).